UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALPHA GAS AND ELECTRIC, LLC<br><br>　　　Defendant. | )<br>)<br>)<br>)　Case No. 7:15-CV-05299-KMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND CONDITIONAL CERTIFICATION OF CLASS AND ENTRY <u>OF SCHEDULING ORDER</u>**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the plaintiff respectfully moves the Court to preliminarily approve the settlement of this putative class action, to certify the class for settlement purposes only, and to set a scheduling order.  For the reasons, discussed at length in the accompanying Memorandum of Law, the motion should be granted.

Dated: September 30, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/**Matthew P. McCue**
　　　　　　　　　　　　　　　　　　　　Matthew P. McCue, Esq.
　　　　　　　　　　　　　　　　　　　　The Law Office of Matthew P. McCue
　　　　　　　　　　　　　　　　　　　　1 South Avenue, Suite 3
　　　　　　　　　　　　　　　　　　　　Natick, MA 01760
　　　　　　　　　　　　　　　　　　　　(508) 655-1415
　　　　　　　　　　　　　　　　　　　　(508) 319-3077 *facsimile*
　　　　　　　　　　　　　　　　　　　　mmccue@massattorneys.net
　　　　　　　　　　　　　　　　　　　　 *Pro Hac Vice*

　　　　　　　　　　　　　　　　　　　　Aytan Y. Bellin, Esq.
　　　　　　　　　　　　　　　　　　　　Bellin & Associates
　　　　　　　　　　　　　　　　　　　　85 Miles Avenue

White Plains, New York 10606
Tel: (914) 358-5345
Email: aytan.bellin@bellinlaw.co

Anthony Paronich
Broderick Law, P.C.
99 High St., Suite 304
Boston, MA  02110
(508) 221-1510
anthony@broderick-law.com
 *Pro Hac Vice*

*Attorneys for Plaintiff and the proposed classes*